**IIN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>     **v.**<br>**DAQUAN BRAXTON-001,**<br>**JOSHUA HOLLAND-002,**<br>**ROBERT HOLMAN-003 &**<br>**JERRY STARKS-006** | **Case No.: 4:23-CR-00018-CDL-MSH** |

**ORDER**

Defendants were indicted on June 14, 2023, ECF. 1. Defendant Holman was arraigned on July 17, 2023, ECF. 25. Defendants Braxton, Holland, and Starks were arraigned on July 26, 2023, ECF. 48, 49. And 50. A Pretrial Conference is currently scheduled for August 15, 2023 and August 30, 2023. Defendants requests a continuance, and the government does not oppose. Specifically, Defendants need additional time to review discovery and discuss the government's case in chief.

**IT IS HEREBY ORDERED** that the above-referenced matter be continued to next term of Court set for <u>March 2024 term</u>, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendants in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counselors for the Defendants and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **10th** day of **August, 2023**.

   S/Clay D. Land  
   Clay D. Land, U.S. District Judge