IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** :<br>:<br>**v.** :<br>:<br>**DAQUAN BRAXTON** :<br>   **Defendant** :<br>:<br>:<br>: | CASE NO. 4:23-CR-18 (CDL-MSH) |

### ORDER ON RESTITUTION

AND NOW, upon review and consideration of the Restitution Agreement, it is ORDERED that the Restitution Agreement is APPROVED and ADOPTED by this Court.

IT IS FURTHER ORDERED that:

a. <u>Money Mizer LLC (Phenix City)</u>

   i. Defendant Braxton shall pay restitution, jointly and severally, of $18,834.33 to Money Mizer LLC (Phenix City), 1029 East 280 Bypass, Phenix City, AL 36867. Restitution will be paid jointly and severally with Holland and Wofford.

b. <u>A Better Pawn & Insurer – North American Risk Services</u>

   i. Defendant Braxton shall pay restitution, jointly and severally, of $17,564.40: $10,810.00 to A Better Pawn, 4400 2nd Ave, Suite 4 Columbus, GA 31904;  and $6,754.40 to its insurer, North

American Risk Services, PO Box 166002, Altamonte Springs, FL 32716. Restitution will be paid jointly and severally with Holland, Sanders, and Starks.

The restitution will be distributed to each victim listed above and in the Agreement by the Clerk of this Court. The full amount of the restitution imposed will be due and payable immediately, and present and future assets of each Defendant are subject to enforcement and may be included in the treasury offset program allowing qualified federal benefits to be applied to the balance of the restitution owed.

SO ORDERED, this 11th day of July 2024.

/s Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA